1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ROBERT L. MUKAI
   Senior Assistant Attorney General
3  SARA J. DRAKE
   Supervising Deputy Attorney General
4  RANDALL A. PINAL, State Bar No. 192199
   Deputy Attorney General
5  PETER H. KAUFMAN, State Bar No. 52038
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2020
     Fax: (619) 645-2012
9    Email: peter.kaufman@doj.ca.gov

10 Attorneys for Defendant the California Gambling
   Control Commission
11

12                IN THE UNITED STATES DISTRICT COURT

13               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **CALIFORNIA VALLEY MIWOK TRIBE,** | Case No. 08 CV 0120 BEN AJB

16 |                          Plaintiff, | CERTIFICATE OF SERVICE OF
                                          | NOTICE TO ADVERSE PARTY
17 | v.                                   | OF REMOVAL TO FEDERAL
                                          | COURT
18 | **THE CALIFORNIA GAMBLING CONTROL
   | COMMISSION; and DOES 1 THROUGH 50,**
19 | **Inclusive,**

20 |                         Defendants.

21

22         ROBERTA MATSON, certifies and declares as follows:

23         I am over the age of 18 years and not a party to this action.

24         My business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA

25 92186-5266, which is located in the city, county and state where the mailing described below took

26 place.

27         On January 23, 2008, I deposited in the United States Mail at San Diego, California, a copy

28 of the Notice to Adverse Party of Removal to Federal Court, dated January 23, 2008, a copy of which

                                           1
                                                          Case No. 08 CV 0120 BEN AJB

1  is attached to this Certificate.

2  I certify under penalty of perjury that the foregoing is true and correct.

3  Executed on January 24, 2008 at San Diego, California.

4  _____
     Roberta Matson

5  
   80199151.wpd
6  SA2008300115

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COPY

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ROBERT L. MUKAI
   Senior Assistant Attorney General
3  SARA J. DRAKE
   Supervising Deputy Attorney General
4  RANDALL A. PINAL
   Deputy Attorney General
5  PETER H. KAUFMAN, State Bar No. 52038
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2020
     Fax: (619) 645-2012
9    E-mail: peter.kaufman@doj.ca.gov

10 Attorneys for Defendant California Gambling Control
   Commission

*No fee pursuant to Government Code Section 6103*

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF SAN DIEGO

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA GAMBLING CONTROL COMMISSION; and DOES 1 THROUGH 50, Inclusive,<br><br>Defendants. | Case No. 37-2008-00075326-CU-CO-CTL<br><br>U.S.D.C. Case No. 08 CV 0120 BEN AJB<br><br>NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT<br><br>28 U.S.C. § 1446(d) |

To Plaintiff CALIFORNIA VALLEY MIWOK TRIBE and its attorney of record:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court, for the Southern District of California on January 22, 2008, Case No. 08 CV 0120 BEN AJB.

/ / /

/ / /

1

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

A copy of the Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: January 23, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

ROBERT L. MUKAI
Senior Assistant Attorney General

SARA J. DRAKE
Supervising Deputy Attorney General

RANDALL A. PINAL
Deputy Attorney General

PETER H. KAUFMAN
Deputy Attorney General
Attorneys for Defendant California Gambling Control Commission

80199103.wpd

SA2008300115

2
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **California Valley Miwok Tribe v. California Gambling Control Commission**

Court:   State Court No. 37-2008-00075326-CU-CO-CTL
United State District Court, Southern District, Case No. 08CV0120 BEN AJB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 23, 2008**, I served the attached:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Manuel Corrales, Jr.
Attorney at Law
11753 Avenida Sivrita
San Diego, CA 92128
*Attorney for Plaintiff*
CALIFORNIA VALLEY MIWOK TRIBE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 23, 2008**, at San Diego, California.

Roberta L. Matson
Declarant

Signature

80199106.wpd