FILED

08 JAN 25 PM 12:49

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE,<br><br>                      Plaintiff,<br>vs.<br>CALIFORNIA GAMBLING CONTROL COMMISSION,<br><br>                      Defendant. | CASE NO. 08-CV-0120 BEN (AJB)<br><br>ORDER TO SHOW CAUSE |

     On January 22, 2008, this case was removed from the San Diego Superior Court to this Court. Having reviewed the pleadings, this Court finds no relation between the allegations in the Complaint and the Southern District of California. Accordingly, IT IS HEREBY ORDERED:

     On or before **February 7, 2008,** Plaintiff shall show cause for why venue is proper in the Southern District of California.

     **IT IS SO ORDERED.**

DATED: 1/25/08

ROGER T. BENITEZ
United States District Judge