1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | ROBERT L. MUKAI
Senior Assistant Attorney General
3 | SARA J. DRAKE
Supervising Deputy Attorney General
4 | RANDALL A. PINAL
Deputy Attorney General
5 | PETER H. KAUFMAN, State Bar No. 52038
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2020
Fax: (619) 645-2012
9 | Email: peter.kaufman@doj.ca.gov

10 | Attorneys for Defendant the California Gambling
Control Commission

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **CALIFORNIA VALLEY MIWOK TRIBE,**     No. 08-CV-0120 BEN AJB

16 |                                    Plaintiff,     **NOTICE OF MOTION FOR
                                                      CHANGE OF VENUE**

17 |          **v.**
                                                      Date:  March 10, 2008
18 | **THE CALIFORNIA GAMBLING CONTROL**              Time:  10:30 a.m.
**COMMISSION; and DOES 1 THROUGH 50,**               Courtroom:  3
19 | **Inclusive,**                                   Judge:  The Hon. Roger T. Benetiz

20 |                                    Defendants.

21

22 | TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

23 |         PLEASE TAKE NOTICE: that on March 10, 2008 at 10:30 a.m. or as soon thereafter as the

24 | matter may be heard in Courtroom 3 of the United States Courthouse located at 940 Front Street,

25 | San Diego, California,  Defendant California Gambling Control Commission will move the Court

26 | for an order transferring venue from the United States District Court for the Southern District of

27 | California to the United States District Court for the Eastern District of California, Sacramento

28 | Division, on the grounds that such a transfer is in the interest of justice and for the convenience of

1

1  witnesses and parties.  The motion is based upon the provisions of 28 U.S.C. § 1404(a).

2

3            Dated:  January 31, 2008

4                              Respectfully submitted,

5                              EDMUND G. BROWN JR.
                               Attorney General of the State of California

6
                               ROBERT L. MUKAI
7                              Senior Assistant Attorney General

8                              SARA J. DRAKE
                               Supervising Deputy Attorney General

9
                               RANDALL A. PINAL
10                             Deputy Attorney General

11

12                             /s/Peter H. Kaufman
                               PETER H. KAUFMAN
13                             Deputy Attorney General
                               Attorneys for Defendant California Gambling Control
14                             Commission

15   Notice of Motion for Change of Venue.wpd

16   SA2008300115

17

18

19

20

21

22

23

24

25

26

27

28

2

No.  08-CV-0120 BEN AJB