1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  ROBERT L. MUKAI
   Senior Assistant Attorney General
3  SARA J. DRAKE
   Supervising Deputy Attorney General
4  RANDALL PINAL
   Deputy Attorney General
5  PETER H. KAUFMAN, State Bar No. 52038
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2020
     Fax: (619) 645-2012
9    Email: peter.kaufman@doj.ca.gov

10 Attorneys for the Defendant California Gambling
   Control Commission

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA VALLEY MIWOK TRIBE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CALIFORNIA GAMBLING CONTROL COMMISSION; and DOES 1 THROUGH 50, Inclusive,**<br><br>Defendants. | No. 08-CV-0120 BEN AJB<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTY AND INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE, OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**<br><br>Hearing: March 10, 2008<br>Time:    10:30 a.m.<br>Courtroom: 3<br>Judge: The Hon. Roger T. Benitez |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

   PLEASE TAKE NOTICE: that on March 10, 2008 at 10:30 a.m. or as soon thereafter as the

matter may be heard in Department 3 of the United States Courthouse located at 940 Front

1 | Street, San Diego, California, Defendant California Gambling Control Commission will move
2 | the Court for an order dismissing the Complaint in the above entitled matter pursuant to Rule
3 | 12(b)(1), 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, or, in the alternative,
4 | staying the proceedings pursuant to the Court's inherent authority.

Dated: January 31, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

ROBERT L. MUKAI
Senior Assistant Attorney General

SARA J. DRAKE
Supervising Deputy Attorney General

RANDALL PINAL
Deputy Attorney General


/s/Peter H. Kaufman
PETER H. KAUFMAN
Deputy Attorney General
Attorneys for Defendant California Gambling Control
Commission

Notice to Dismiss.wpd
SA2008300115

Case No. 08-CV-0120 BEN AJB

2