Manuel Corrales, Jr., Esq. (SBN 117647)
Attorney at Law
11753 Avenida Sivrita
San Diego, CA 92128
Tel: (858) 521-0634
Fax: (858) 521-0633

Attorney for Plaintiff California
Valley Miwok Tribe

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA VALLEY MIWOK TRIBE, | ) | No. 08-CV-0120 BEN AJB |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT AND FOURTH CAUSE OF ACTION FOR BREACH OF FIDUCIARY DUTY |
| v. | ) | [Rule 41(a)(1) of FRCP] |
| THE CALIFORNIA GAMBLING CONTROL COMMISSION; AND DOES 1 THROUGH 50, Inclusive, | ) | |
| Defendants. | ) | Date: March 10, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3<br>Judge: Hon. Roger T. Benitez<br>Location: 940 Front Street<br>San Diego, CA 92101 |

TO:   DEFENDANT THE CALIFORNIA GAMBLING CONTROL COMMISSION AND TO THE CLERK OF THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff California Valley Miwok Tribe ("Miwok Tribe") hereby withdraws and dismisses, without prejudice, the Third Cause of Action for Breach of Contract and the Fourth Cause of Action for Breach of Fiduciary Duty in the Complaint.

Date: February 1, 2008          s/ Manuel Corrales, Jr., Esq.
                                MANUEL CORRALES, JR., Esq.
                                Attorney for Plaintiff California Valley
                                Miwok Tribe

- 1 -

No. 08-CV-0120 BEN AJB

**CERTIFICATE OF SERVICE**

Case Name:   California Valley Miwok Tribe v. California Gambling Control Commission

Court:   United States District Court, Southern District, Case No. 08-CV09129 BEN AJB

I declare:

On February 1, 2008, I electronically filed the following document(s):

1. NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT AND FOURTH CAUSE OF ACTION FOR BREACH OF FIDUCIARY DUTY [Rule 41(a)(1) of FRCP]

**Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Peter H. Kaufman
Peter.Kaufman@doj.ca.gov

**Manual Notice List**

The following are those who are not on the list to receive e-mail notices for this case (who therefore require manual noticing):

None

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that it was executed on February 1, 2008, at San Diego, California.

s/ Manuel Corrales, Jr., Esq.