## CERTIFICATE OF SERVICE

**Case Name:    California Valley Miwok Tribe v. California Gambling Control
                    Commission**

**Court:      United States District Court, Southern District, Case No. 08-CV-0120 BEN
                 AJB**

I Declare:  On **February 6, 2008**, I electronically filed the following documents:

     **1.    PLAINTIFF'S RESPONSE RE: ORDER TO SHOW CAUSE WHY VENUE IS
        PROPER IN THE SOUTHERNDISTRICT OF CALIFORNIA**

     **2.    CERTIFICATE OF SERVICE**

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(*s) to be electronically served on the
following person(s) who are currently on the list to receive e-mail notices for this case:

        Peter.Kaufman@doj.ca.gov

**MANUAL NOTICE LIST**
The following are those who are **not** on the list to receive e-mail notices for this case (who
therefore require manual noticing):

        NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is
true and correct, and that this declaration was executed on **February 6, 2008,** at San
Diego, California.

_____

   Manuel Corrales, Jr., Esq.                               s/Manuel Corrales, Jr.
_____          _____

     Declarant                                                Signature

**CERTIFICATE OF SERVICE**