## CERTIFICATE OF SERVICE

**Case Name:   California Valley Miwok Tribe v. California Gambling Control Commission**

**Court:     United States District Court, Southern District, Case No. 08-CV-0120 BEN AJB**

I Declare:  On **February 6, 2008**, I electronically filed the following documents:

**1.      NOTICE OF HEARING AND MOTION TO REMAND BACK TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES**

**2.      CERTIFICATE OF SERVICE**

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(*s) to be electronically served on the following person(s) who are currently on the list to receive e-mail notices for this case:

Peter.Kaufman@doj.ca.gov

**MANUAL NOTICE LIST**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct, and that this declaration was executed on **February 6, 2008,** at San Diego, California.

_____

Manuel Corrales, Jr., Esq.                    s/Manuel Corrales, Jr.

_____        _____

Declarant                                      Signature