Manuel Corrales, Jr., SBN 117647
**Attorney at Law**
11753 Avenida Sivrita
San Diego, CA 92128
Phone: (858) 521-0634
Fax: (858) 521-0633

Attorney for Plaintiff
CALIFORNIA VALLEY MINOK TRIBE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA GAMBLING CONTROL COMMISSION; and DOES 1 THROUGH 50, Inclusive,<br><br>Defendants. | Case No. 08 CV 0120 BEN AJB<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: March 10, 2008<br>TIME: 10:30 A.M.<br>COURTROOM: 3<br>LOCATION: 940 Front Street<br>  San Diego, A 92101<br>JUDGE: Hon. Roger J. Benitez |

Plaintiff California Valley Miwok Tribe ("the Miwok Tribe" or "the Tribe"), pursuant to Fed. Rules of Evid. 201, requests the Court take judicial notice of the following attached documents and records:

1. Exhibit "A": U.S. District Court Decision in California Valley Miwok Tribe v. USA, Civil Action No. 05-0739 (JR).

2. Exhibit "B": First Amended Complaint in Interpleader, in California Gambling Control Commission v. Sylvia Burley, etc, Case No. 05AS05385.

3. Exhibit "C": Minute Order on demurrer to First Amended Complaint, in Case No. 05AS05385.

///

///

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

1    4.    <u>Exhibit "D"</u>:  Judgment of Dismissal in California Gambling Control Commission
2  v. Sylvia Burley, etc., Case No. 05AS05385, Filed August 1, 2006.

4  DATED:  February 20, 2008             s/ Manuel Corrales, Jr.
                                         Manuel Corrales, Jr.
                                         Attorney for Plaintiff
                                         CALIFORNIA VALLEY
                                         MIWOK TRIBE

2
**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

**CERTIFICATE OF SERVICE**

**Case Name:**   **California Valley Miwok Tribe v. California Gambling Control Commission**

**Court:**   **United States District Court, Southern District**
**Case No. 08-CV-0120 BEN AJB**

I Declare:  On **February 20, 2008**, I electronically filed the following documents:

   1.  **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE; EXHIBITS**

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(*s) to be electronically served on the following person(s) who are currently on the list to receive e-mail notices for this case:

   Peter.Kaufman@doj.ca.gov

**MANUAL NOTICE LIST**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

   NONE

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on **February 20, 2008,** at San Diego, California.

   Manuel Corrales, Jr.                              s/ Manuel Corrales, Jr.

      Declarant                                      Signature

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**