Manuel Corrales, Jr., Esq., SBN 117647
Attorney at Law
11753 Avenida Sivrita
San Diego, California 92128
Tel (858) 521-0634
Fax (858) 521-0633

Terry Singleton, Esq., SBN 58316
**SINGLETON & ASSOCIATES**
1950 Fifth Avenue, Suite 200
San Diego, California 92101
Tel (619) 239-3225
Fax (619) 702-5592

Attorneys for Plaintiff
CALIFORNIA VALLEY MIWOK TRIBE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CALIFORNIA GAMBLING CONTROL ) <br> COMMISSION, ) <br> ) <br> Defendant. ) | Case No.: 08 CV 0120 BEN AJB <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Date: March 10, 2008 <br> Time: 10:30 a.m. <br> Courtroom: 3 <br> Judge: Hon. Roger J. Benitez |

TO DEFENDANT THE CALIFORNIA GAMBLING CONTROL COMMISSION, AND ITS ATTORNEY OF RECORD, PETER H. KAUFMAN, ESQ., AND TO ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Plaintiff's counsel, Manuel Corrales, Jr., Esq., hereby associates as co-counsel for the Plaintiff, CALIFORNIA VALLEY MIWOK TRIBE,

**TERRY SINGLETON, ESQ., OF SINGLETON & ASSOCIATES.** Accordingly, Mr. Terry Singleton, by this notice, hereby makes an appearance as co-counsel for Plaintiff CALIFORNIA VALLEY MIWOK TRIBE.

Mr. Manuel Corrales, Jr., Esq., will be lead counsel.

Mr. Singleton's address is as follows:

Terry Singleton, Esq.
SINGLETON & ASSOCIATES
1950 Fifth Avenue, Ste. 200
San Diego, CA 92101
Tel: (619) 239-3225
Fax: (619) 702-5592
E-Mail: terry@terrysingleton.com

Please include Mr. Singleton on all future mailing and notices with respect to this case.

Dated: February 29, 2008

s/ Manuel Corrales, Jr.
Manuel Corrales, Jr., Esq.
Attorney at Law
Attorney for Plaintiff
California Valley Miwok Tribe

Dated: February 29, 2008

s/ Terry Singleton
Terry Singleton, Esq.
SINGLETON & ASSOCIATES
Attorney for Plaintiff
California Valley Miwok Tribe

# CERTIFICATE OF SERVICE

**Case Name:** California Valley Miwok Tribe v. California Gambling Control Commission

**Court:** United States District Court, Southern District of California
Case No. 08-CV-0120 BEN AJB

I Declare: On **February 29, 2008**, I electronically filed the following documents:

**NOTICE OF APPEARANCE OF COUNSEL**

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(*s) to be electronically served on the following person(s) who are currently on the list to receive e-mail notices for this case:

Peter.Kaufman@doj.ca.gov

mannycorrales@yahoo.com

**MANUAL NOTICE LIST**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on **February 29, 2008,** at San Diego, California.

| Terry Singleton, Esq. | s/ Terry Singleton |
|---|---|
| Declarant | Terry Singleton, Esq. |