# CERTIFICATE OF SERVICE

Case Name: California Valley Miwok Tribe v. California Gambling Control Commission

Court: United States District Court, Southern District, Case No. 08-CV-0120 BEN AJB

I declare:

On **March 3, 2008**, I electronically filed the following document(s):

**DEFENDANT CALIFORNIA GAMBLING CONTROL COMMISSION'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

mannycorrales@yahoo.com
Attorney for Plaintiff

terry@terrysingleton.com; secretary@terrysingleton.com
Attorney for Plaintiff

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 3, 2008**, at San Diego, California.

Roberta L. Matson
Declarant

Signature

SA2008300115
80212880.wpd